# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN GALECKI,<br><br>　　　　Defendant. | 2:20-CR-164-APG-EJY<br><br>**Preliminary Order of Forfeiture** |

　　　　This Court finds Benjamin Galecki pled guilty to Count One of a One-Count Criminal Information charging him with unlawful monetary transactions in violation of 18 U.S.C. § 1957. Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

　　　　This Court finds Benjamin Galecki agreed to the imposition of the in personam criminal forfeiture money judgment of $30,000 set forth in the Plea Agreement, and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. __; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

　　　　The in personam criminal forfeiture money judgment is any property, real or personal, involved in a violation of 18 U.S.C. § 1957, and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(2); and 21 U.S.C. § 853(p).

　　　　This Court finds that Benjamin Galecki shall pay an in personam criminal forfeiture money judgment of $30,000 to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(2); and 21 U.S.C. § 853(p).

　　　　This Court finds that on the government's motion, the court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently

located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America recover from Benjamin Galecki an in personam criminal forfeiture money judgment of $30,000.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED __August 20__, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on August 10, 2020.

                                                 /s/ Heidi L. Skillin
                                               HEIDI L. SKILLIN
                                               FSA Contractor Paralegal