# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-164-APG-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| BENJAMIN GALECKI, | |
| Defendant. | |

This Court found that Benjamin Galecki shall pay the in personam criminal forfeiture money judgment of $30,000 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 982(a)(1); and 21 U.S.C. § 853(p). Criminal Information, ECF Nos. 2-2 and 15; Preliminary Order of Forfeiture, ECF No. 11; Plea Agreement, ECF No. 16.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $30,000 complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Benjamin Galecki the in personam criminal forfeiture money judgment of $30,000 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 982(a)(1); and 21 U.S.C. § 853(p).

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED September 9, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on August 28, 2020.

                                       /s/ Heidi L. Skillin
                                       HEIDI L. SKILLIN
                                       FSA Contractor Paralegal